**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____   Chapter __11__

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **8692 River Road, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 47-2059582 |
| 4. | **Debtor's address** | **Principal place of business**<br>**3650 Mansell Road**<br>**Suite 250**<br>**Alpharetta, GA 30022**<br>Number, Street, City, State & ZIP Code<br><br>**Fulton**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | None |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor __8692 River Road, LLC__   Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __4571__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **8692 River Road, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Rider 1** | Relationship | **Affiliate** |
| District | **Southern District of Texas, Houston Division** | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **8692 River Road, LLC**
Name

Case number (*if known*)

**16. Estimated liabilities**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | 8692 River Road, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 18, 2023**
MM / DD / YYYY

X **/s/ Michael Healy**          **Michael Healy**
Signature of authorized representative of debtor          Printed name

Title  **Chief Restructuring Officer**

**18. Signature of attorney**

X **/s/ Michael D. Warner**          Date **March 18, 2023**
Signature of attorney for debtor          MM / DD / YYYY

**Michael D. Warner**
Printed name

**Pachulski Stang Ziehl & Jones LLP**
Firm name

**440 Louisiana Street**
**Suite 900**
**Houston, TX 77002**
Number, Street, City, State & ZIP Code

Contact phone  **714-384-4740**          Email address  **mwarner@pszjlaw.com**

**00792304 TX**
Bar number and State

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 5

## WRITTEN CONSENT OF
## THE MANAGER OF
## Brothers Petroleum, LLC
## and as Sole Member of its subsidiaries

The undersigned being the Manager of Brothers Petroleum, LLC, a Louisiana limited liability company, and sole Member of each and every one of its wholly owned subsidiary entities as listed below (each a "**Company**" and, collectively, the "**Companies**") does hereby consent to and take the following action to be effective as of March 18, 2023 and consent to the Company actions contemplated thereby:

**WHEREAS**, the Manager has considered the financial and operational aspects of the Companies' business;

**WHEREAS**, the Manager has reviewed the historical performance of the Company, the market for the Companies' products and services, and the current and long-term liabilities of the Companies;

**WHEREAS**, the Manager has, over the last several months, reviewed the materials presented to it by the management of and the advisors to the Companies regarding the possible need to undertake a financial and operational restructuring of the Companies;

**WHEREAS**, the Manager has analyzed each of the financial and strategic alternatives available to it, including those available on a consensual basis with the principal stakeholders of the Companies, and the impact of the foregoing on the Companies' business and its stakeholders;

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the Manager, it is desirable and in the best interests of the Companies, its creditors, employees, stockholders and other interested parties that a petition be filed by each Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**");

**RESOLVED FURTHER**, that the officers of the Companies (each, an "**Authorized Officer**") be, and each of them hereby is, authorized on behalf of each Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that any such Authorized Officer deems necessary, desirable and proper in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case;

**RESOLVED FURTHER**, that the Authorized Officers, on behalf of each Company, are authorized, empowered and directed to retain the law firm of Pachulski Stang Ziehl & Jones LLP ("**PSZ&J**") as bankruptcy counsel to represent and assist the Companies in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance each Company's rights in connection therewith, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and

immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of PSZ&J;

**RESOLVED FURTHER**, that the Authorized Officers, on behalf of each Company, are authorized, empowered and directed to retain the services of FTI Consulting, Inc. ("**FTI Consulting**") as the Companies' financial advisor, effective as of the date the petition is filed, and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of FTI Consulting;

**RESOLVED FURTHER**, that Michael Healy of FTI Consulting has been appointed, effective as of March 18, 2023, to serve as Chief Restructuring Officer of each of the Companies, shall be an Authorized Officer (as defined in these resolutions), and is hereby authorized to make decisions with respect to all aspects of the management and operation of each Company's business including, without limitation, organization, human resources, marketing, sales, logistics, finance, administration, oversight, of the prosecution of each Company's bankruptcy case, including, but not limited to, bankruptcy-related reporting requirements, filing of Statement of Financial Affairs, Schedule of Assets and Liabilities, a chapter 11 plan and related disclosure statement, claims management, managing outside professionals and such other aspects as he may identify, in such manner as he deems necessary or appropriate in his sole and reasonable discretion consistent with the business judgment rule, subject only to appropriate governance by the applicable Board, in accordance with each Company's certificate of incorporation, certificate of formation, bylaws, limited liability company agreement, applicable laws and applicable bankruptcy law and order of the Court;

**RESOLVED FURTHER**, that the Authorized Officers be, and each of them hereby is, authorized, empowered and directed on behalf of the Companies to retain the services of Raymond James Financial, Inc. ("**Raymond James**") as the Companies' investment banker and, in connection therewith, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Raymond James;

**RESOLVED FURTHER**, that the Authorized Officers, on behalf of each Company, are authorized, empowered and directed to retain the services of Kurtzman Carson Consultants LLC ("**KCC**") as the Company's claims, noticing, solicitation agent and administrative advisor, effective as of the date the petition is filed, and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of KCC;

**RESOLVED FURTHER**, that the Authorized Officers of each Company be, and hereby are, authorized and directed to employ any other professionals necessary to assist such Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed appropriate applications with the Bankruptcy Court for authority to retain the

services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper;

**RESOLVED FURTHER**, that the Authorized Officers of each Company be, and each of them hereby is, authorized and empowered to obtain post-petition financing according to terms which may be negotiated by the management of the Company, including under debtor-in-possession credit facilities or the use of cash collateral; and to enter into any guaranties and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreement; and in connection therewith, the Authorized Officers of each Company are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents;

**RESOLVED FURTHER**, that the Authorized Officers be, and each of them hereby is, authorized, empowered and directed on behalf of the Companies to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by any such Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case, including, but not limited to the development, filing and prosecution to confirmation of a chapter 11 plan and related disclosure statement; and

**RESOLVED FURTHER**, that any and all actions heretofore taken by any Authorized Officer or the directors of each Company in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

**IN WITNESS WHEREOF**, the undersigned, Manager of the Company and its subsidiary entities as listed below has hereunto set his hand.

Brothers Petroleum, LLC
By: _____
    Lamar Frady, Manager

1200 Wego LLC
1227 Veterans, LLC
1308 Jefferson Davis LLC
13289 Old Hammond Highway LLC
1600 Manhattan Blvd, LLC
2601 Gen. Degaulle LLC
2698 Barataria Blvd LLC
2701 Canal Street LLC
2850 Belle Chasse Hgwy LLC
300 Lee Drive LLC
3049 Loyola Drive L.L.C.
4115 Airline Hgwy., LLC
4408 S. I-10 Service Road LLC
4520 Jefferson Highway LLC
4662 GDD LLC
4915 Westbank Expwy LLC
4940 Groom Road, L.L.C.
5310 Flannery Road, LLC
798 Jean Lafitte, L.L.C.
8692 River Road, LLC
9410 Greenwell Springs, LLC
Avondale Brothers No 128 LLC
Avondale Investments, L.L.C.
Brothers Belle Chasse, L.L.C.
Brothers Carol Sue, LLC
Crowder Brothers, LLC
Exxon General Degaulle, LLC
Gause Operation, L.L.C.
Jamie Boulevard, LLC
Lapalco Brothers No. 125, LLC
South Claiborne Operation LLC
each a Louisiana limited liability company

By: Brothers Petroleum, LLC,
    a Louisiana limited liability company, its sole member

    By: _____
        Lamar Frady, Manager

4

DOCS_LA:348047.1 58614/001

## Rider 1 to Voluntary Petition

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case (collectively, the "Debtors"), filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code.

1. 1200 Wego LLC
2. 1227 Veterans, LLC
3. 1308 Jefferson Davis LLC
4. 13289 Old Hammond Highway LLC
5. 1600 Manhattan Blvd, LLC
6. 2601 Gen. Degaulle LLC
7. 2698 Barataria Blvd LLC
8. 2701 Canal Street LLC
9. 2850 Belle Chasse Hgwy LLC
10. 300 Lee Drive LLC
11. 3049 Loyola Drive LLC
12. 4115 Airline Hgwy., LLC
13. 4408 S. I-10 Service Road LLC
14. 4520 Jefferson Highway LLC
15. 4662 GDD LLC
16. 4915 Westbank Expwy LLC
17. 4940 Groom Road, L.L.C.
18. 5310 Flannery Road, LLC
19. 798 Jean Lafitte, L.L.C.
20. 8692 River Road, LLC
21. 9410 Greenwell Springs, LLC
22. Alabama Terminal Property, LLC
23. Avondale Brothers No 128 LLC
24. Avondale Investments, L.L.C.
25. B&T Petroleum LLC
26. Brothers Belle Chasse, L.L.C.
27. Brothers Carol Sue, LLC
28. Brothers Expressway, Inc.
29. Brothers I-10 Service Road, Inc.
30. Brothers Petroleum, L.L.C.
31. Brothers Stonebridge, Inc.
32. Brothers Terry Parkway, Inc.
33. Consolidated HR Services LLC
34. Crowder Brothers, LLC
35. Exxon General Degaulle, LLC
36. Gause Operation, L.L.C.
37. Jamie Boulevard, LLC
38. Lapalco Brothers No. 125, LLC
39. Madison Auto Truck Plaza And Lucky Dollar Casino, LLC
40. MEX Fuels LLC
41. MEX Fuels NE LLC
42. MEX Fuels NE-IL LLC
43. MEX Fuels NE-IN LLC
44. MEX Fuels NE-KY LLC
45. MEX Fuels NE-NJ LLC
46. MEX Fuels NE-NY LLC
47. MEX Fuels NE-OH LLC
48. MEX Fuels NW LLC
49. MEX Fuels NW-IA LLC
50. MEX Fuels NW-MO LLC
51. MEX Fuels SE LLC
52. MEX Fuels SE-GA LLC
53. MEX Fuels SE-MS LLC
54. MEX Fuels SE-TN LLC
55. MEX Fuels SW LLC
56. MEX Fuels SW-LA LLC
57. MEX Fuels SW-OK LLC
58. MEX North Alabama, LLC
59. MEX RE Holdings LLC
60. MEX RE-NE LLC
61. MEX RE-NE-IN LLC
62. MEX RE-NE-NJ LLC
63. MEX RE-NE-NY LLC
64. MEX RE-NE-NY-LI LLC
65. MEX RE-NE-OH LLC
66. MEX RE-NE-PA LLC
67. MEX RE-NW LLC
68. MEX RE-NW-IA LLC
69. MEX RE-NW-KS LLC
70. MEX RE-NW-MN LLC
71. MEX RE-NW-MO LLC
72. MEX RE-NW-ND LLC
73. MEX RE-NW-WI LLC
74. MEX RE-SE LLC
75. MEX RE-SE-AL LLC
76. MEX RE-SE-FL LLC
77. MEX RE-SE-GA LLC
78. MEX RE-SE-MS LLC
79. MEX RE-SE-NC LLC
80. MEX RE-SE-SC LLC
81. MEX RE-SE-TN LLC

| | | | |
|---|---|---|---|
| 82. | MEX RE-SW LLC | 128. | WHRGOPS NW-MO-NMO LLC |
| 83. | MEX RE-SW-AR LLC | 129. | WHRGOPS NW-WI LLC |
| 84. | MEX RE-SW-LA LLC | 130. | WHRGOPS NW-WI-NWI LLC |
| 85. | MEX RE-SW-OK LLC | 131. | WHRGOPS SE LLC |
| 86. | MEX RE-SW-TX LLC | 132. | WHRGOPS SE-AL-NORTH LLC |
| 87. | Mississippi MEX Company, LLC | 133. | WHRGOPS SE-MS LLC |
| 88. | Mountain Express Baking and Coffee Co. | 134. | WHRGOPS SE-MS-JACKSON LLC |
| 89. | Mountain Express Ethanol Company | 135. | WHRGOPS SE-SC LLC |
| 90. | Mountain Express Oil Company | 136. | WHRGOPS SE-TN LLC |
| 91. | Mountain Express Oil Company Southeast, LLC | 137. | WHRGOPS SE-TN-WTN LLC |
| 92. | Newton Brothers, Inc. | 138. | WHRGOPS SW LLC |
| 93. | South Claiborne Operation LLC | 139. | WHRGOPS SW-AR LLC |
| 94. | Spartan Tank Management LLC | 140. | WHRGOPS SW-AR-NWAR LLC |
| 95. | Star Mountain Express, LLC | 141. | WHRGOPS SW-OK LLC |
| 96. | Texas MEX Limited Company, LLC | 142. | WHRGOPS SW-OK-OKC LLC |
| 97. | Webster P II L.L.C. | 143. | WHRGOPS SW-TX LLC |
| 98. | WebsterP L.L.C. | 144. | WHRGOPS SW-TX-DALLAS LLC |
| 99. | West Hill Ranch Group LLC | 145. | WHRGOPS SW-TX-STX LLC |
| 100. | WHRG Retail Ops LLC | | |
| 101. | WHRG TC LLC | | |
| 102. | WHRG TC-NE LLC | | |
| 103. | WHRG TC-NE-PA LLC | | |
| 104. | WHRG TC-NW LLC | | |
| 105. | WHRG TC-NW-IA LLC | | |
| 106. | WHRG TC-NW-KS LLC | | |
| 107. | WHRG TC-NW-MO LLC | | |
| 108. | WHRG TC-NW-ND LLC | | |
| 109. | WHRG TC-NW-WY LLC | | |
| 110. | WHRG TC-SE LLC | | |
| 111. | WHRG TC-SE-AL LLC | | |
| 112. | WHRG TC-SE-SC LLC | | |
| 113. | WHRG TC-SW LLC | | |
| 114. | WHRG TC-SW-AR LLC | | |
| 115. | WHRG TC-SW-LA LLC | | |
| 116. | WHRG-LA, LLC | | |
| 117. | WHRG-LA2, LLC | | |
| 118. | WHRGOPS NE LLC | | |
| 119. | WHRGOPS NE-NY LLC | | |
| 120. | WHRGOPS NE-NY-LI LLC | | |
| 121. | WHRGOPS NE-PA LLC | | |
| 122. | WHRGOPS NW LLC | | |
| 123. | WHRGOPS NW-IA LLC | | |
| 124. | WHRGOPS NW-IA-WIA LLC | | |
| 125. | WHRGOPS NW-KS LLC | | |
| 126. | WHRGOPS NW-MI LLC | | |
| 127. | WHRGOPS NW-MO LLC | | |

**Fill in this information to identify the case:**

Debtor name: 8692 River Road, LLC

United States Bankruptcy Court for the Southern District of Texas (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders (on a Consolidated Basis)    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1. | Sunoco<br>3801 West Chester Pike<br>Newton Square, PA 19073 | T. Garvin<br>Tel: 215-977-3000; 610-355-1840<br>Fax: 215-977-3409<br>Email: TTGARVIN@sunocoinc.com | Fuel Supply | | | | $1,678,800.73 |
| 2. | Valero<br>ONE VALERO WAY<br>SAN ANTONIO, TX 78249 | Accounts Payable<br>Tel: 210-345-2000; 361-289-3236<br>Fax: 210-370-3236<br>Email: valeromedia@valero.com | Fuel Supply | | | | $1,667,621.89 |
| 3. | COCA-COLA Bottling CO<br>PO Box 105637<br>Atlanta, GA 30348-5637 | Pamela Hume<br>Tel: 318-584-907-<br>Fax: 770-558-2530<br>Email: pamelahume@ccbcu.com | Food & Beverage | | | | $1,109,711.55 |
| 4. | Marathon<br>539 S. Main Street<br>Findlay, OH 45840 | Accounts Payable<br>Tel: 419-422-2121<br>Fax: 419-421-2410 | Fuel Supply | | | | $881,915.98 |
| 5. | Cross Oil Refining & Marketing<br>484 East 6th St<br>Smackover, AR 71762 | Accounts Payable<br>Tel: (800) 343-6361<br>Fax: 870-864-8656 | Fuel Supply | | | | $774,052.19 |
| 6. | KeyBank Real Estate Capital<br>P. O. Box 145404<br>Cincinnati, OH 45250 | Gina Sullivan<br>Email: Gina_Sullivan@keybank.com | Real Estate / Equipment Lease | CUD | | | $667,587.67 |

Debtor  **8692 River Road, LLC**
        Name

Case number (*if known*)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7. Exxon Mobil  P.O Box 74007276  Chicago, IL 60674-7276 | Accounts Payable  Tel: 972-940-6000 | Fuel Supply | | | | $572,839.84 |
| 8. VM Petro Inc  2188 Kirby Lane  Syosset, NY 11791 | Accounts Payable  Tel: 516-921-7190 | Fuel Supply | | | | $559,807.86 |
| 9. PEPSI BEVERAGES  75 REMITANCE DRIVE SUITE 1884  CHICAGO, IL 60675 | Kenneth Billson  Tel: 870-688-2790  Fax: 913-791-3046  Email: kenneth.billson@pepsico.com | Food & Beverage | | | | $550,054.36 |
| 10. Flying J-Saratoga-Pilot  5508 Lonas Drive  Knoxville, TN 37909 | Accounts Payable  Tel: 865-588-7488  Fax: 865-450-2801; 865-297-1812  Email: media.relations@pilotflyingj.com | Fuel Supply | | | | $516,916.95 |
| 11. Shell  910 Louisana St.  Houston, TX 77002 | Accounts Payable  Tel: 888-467-4355  Fax: 713-241-2124  Email: HOU-OSP-Chemicals-CRC-Americas@shell.com; consumerorders-us@shell.com | Fuel Supply | | | | $499,471.44 |
| 12. Sinclair Distributor Services  P.O. Box 30825  Salt Lake City, UT 84130 | Accounts Payable  Tel: 801-524-2700  Fax: 801-524-2880  Email: SLC.CustomerService@HFSinclair.com | Fuel Supply | | | | $470,740.97 |
| 13. Federated Insurance  PO Box 486  Owatonna, MN 55060 | Accounts Payable  Tel: 507-455-5200; 800-533-0472  Fax: 507-455-7808 | Insurance | | | | $439,873.80 |
| 14. JF Acquisition LLC  PO Box 531829  Atlanta, GA 30353-1829 | Accounts Payable  Tel: (919) 838-7555 | Real Estate / Equipment Lease | | | | $398,889.19 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims (on a consolidated basis)    page 2

Debtor __8692 River Road, LLC_____   Case number (if known)_____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 15. DAS Distributors TC<br>724 Lawn Road<br>Palmyra, PA 17078 | M. Newburn<br>Tel: 402-320-9299<br>309-230-4139<br>Fax: 800-842-1992<br>Email: Mnewburn@dasinc.com | Retail Supplier | | | | $343,818.19 |
| 16. Imperial Trading Company<br>701 edwards ave.<br>Elmwood, LA 70123 | B. Schenk<br>Tel: 504-909-4622<br>Email: bschenck@imperialtrading.com | Retail Supplier | | | | $340,499.97 |
| 17. ARG 1 CBHGNJ001, LLC et al<br>PO Box 71532<br>Cincinnati, OH 45271-5352 | Accounts Payable<br>Tel: (212) 415-6500 | Real Estate / Equipment Lease | | | | $314,488.57 |
| 18. ENTERGY<br>PO Box 8108<br>Baton Rouge, LA 70891 | Accounts Payable<br>Tel: 800-368-3749 | Utility | | | | $280,596.54 |
| 19. Anthem Blue Cross Blue Shield<br>P.O. Box 645438<br>Cincinatti, OH 45264-5438 | Ohio GA<br>Tel: (800) 770-6226<br>Fax: 866-587-3316<br>Email: ohioga@anthem.com | Insurance | | | | $265,833.58 |
| 20. Southern Eagle Sales & Service, LP<br>5300 Blair Drive<br>Metairie, LA 70003 | Greg Naquin<br>Tel: 504-235-5991<br>Fax: 504-734-2550<br>Email: gregnaquin@southerneagle.com | Food & Beverage | | | | $243,725.32 |
| 21. Hunt Refining Company<br>P O Box 930865<br>Atlanta, GA 31193 | Accounts Payable<br>Tel: 205-391-3300<br>Fax: 205-758-8371<br>Email: info@huntrefining.com | Fuel Supply | | | | $242,154.32 |
| 22. Core-Mark AR<br>3400 Commerce Drive<br>Forrest City, AR 72335 | Tonia Tubbs<br>Tel: 870-317-4197<br>Fax: 570-823-3316<br>Email: tonia.tubbs@core-mark.com | Retail Supplier | | | | $231,655.51 |
| 23. Chevron<br>6001 Bollinger Canyon Rd<br>San Ramon, CA 94583 | Accounts Payable<br>Tel: 925-842-1000 | Fuel Supply | | | | $227,944.24 |

Debtor   __8692 River Road, LLC_____   Case number (*if known*)_____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 24. Southern Glazer's Wine and Spirits-LA  939 W Pont Des Mouton Rd  Lafayette, LA 70507-4007 | Z. Bibbins  Tel: 504-274-4235  Fax: 337-237-8081  Email: zbibbins@sgws.com | Food & Beverage | | | | $227,587.76 |
| 25. Golden Gallons, LLC  2439 Manhattan Blvd., Ste 401  Harvey, LA 70037 | Accounts Payable  Tel: (504) 366-2413 | Fuel Transport | | | | $225,452.02 |
| 26. Total Image Solutions, LLC  196 Theater Rd  South Hill, VA 23970 | Jason Dawson  Tel: 434-447-3347  Fax: 434-447-3266  Email: vasignguy@hotmail.com | Marketing | | | | $209,763.45 |
| 27. TBHC Deliveries, LLC  2967 Sidco Drive  Nashville, TN 37204 | Chad Metcalf  Tel: 800-235-3798  Fax: 800-809-9241  Email: chad.metcalf@luminafoods.com | Food & Beverage | | | | $203,015.32 |
| 28. Frito-Lay  75 Remittance Drive Ste 1217  Chicago, IL 60675-1217 | Arnel Dujkovic1  Tel: 228-342-0181  Email: arnel.dujkovic1@pepsico.co | Food & Beverage | | | | $185,942.61 |
| 29. CBE, Inc  PO Box 1944  Montgomery, AL 36102 | Alyison Whatley  Tel: (334) 265-8903  Email: alyison.whatley@cbe-inc.com | IT | | | | $185,830.42 |
| 30. Andrews Distributing Company  2730 Irving Boulevard  Dallas, TX 75207 | C. Mcpherson  Tel: 214-525-9400  Fax: 214-905-0811  Email: cmcpherson@andrewsdistributing.com | Food & Beverage | | | | $180,567.42 |
| 31. Crescent Crown Distributing  5900 Almonaster Ave  New Orleans, LA 70126 | Regina Terranova  Tel: 985-960-6737  Fax: 504-240-5539  Email: regina.terranova@crestcrown.com | Food & Beverage | | | | $163,585.34 |
| 32. Aaron Palmer  Unknown | Aaron Palmer | Litigation | CUD | | | Unknown |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims (on a consolidated basis)   page 4

Debtor  __8692 River Road, LLC_____   Case number (*if known*)_____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 33. Azhar M. Chaudhary, Esq. 440 Louisiana Suite 948 Houston, TX 77002 | Azhar M. Chaudhary Tel: (281) 265-1010 Email: attorney@chaudharyjd.com | Litigation | CUD | | | Unknown |
| 34. Law Offices of James Scott Farrin Douglas E. Berger 555 South Mangum St. Ste 800 Durham, NC 27701 | Douglas E. Berger Tel: 800-220-7321 Fax: 800-716-7881 Email: dberger@farrin.com | Litigation | CUD | | | Unknown |
| 35. Joseph V. Dirosa, Jr. 329 North Woodlawn Avenue Metairie, LA 70001 | Joseph V. Dirosa, Jr. Tel: (504) 289-2739 Fax: 504-218-7035 Email: jdirosa1@cox.net | Litigation | CUD | | | Unknown |
| 36. AFN ABSPROP001 LLC c/o BYBEE & TIBBALS, LLC P.O. BOX 1542 735 Johnie Dodds Blvd Suite 104 (29464) Mount Pleasant, SC 29465 | Jeff Tibbals Tel: 843-881-1623 Fax: 800-716-7881 Email: jst@bybeetibbals.com | Litigation | CUD | | | Unknown |
| 37. AFN ABSPROP001 LLC c/o Daniel Coker Horton & Bell, P.A. Post Office Box 1396 Oxford, MS 38655 | Tel: 662-232-8979 | Litigation | CUD | | | Unknown |
| 38. AFN ABSPROP001 LLC c/o GREENBERG TRAURIG, LLP 3333 Piedmont Road NE Suite 2500 Atlanta, GA 30305 | Theordore Blum, Ernest LaMont Greer Tel: 678-553-2100 Fax: 678-553-2212 Email: blumt@gtlaw.com; greere@gtlaw.com | Litigation | CUD | | | Unknown |
| 39. Freeway Stores OK LLC c/o McAfee & Taft 211 N. Robinson Eighth Floor Two Leadership Square Oklahoma, OK 73102 | Kathy Neal Tel: 918-574-3020 Fax: 405-235-0439 Email: kathy.neal@mcafeetaft.com | Litigation | CUD | | | Unknown |
| 40. AFN ABSPROP001 LLC c/o Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C 425 W Capitol Ave #1800 Little Rock, AR 72201 | Tel: 501-688-8800 Fax: 501-688-8807 | Litigation | CUD | | | Unknown |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims (on a consolidated basis)    page 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>8692 River Road, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 23-\_\_\_\_\_ (\_\_\_) |

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned authorized officer of the above-captioned Debtor, certifies that the following is a corporation other than the Debtor, or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1.

Name: Brothers Petroleum, L.L.C.
Address: 3650 Mansell Road
Suite 250
Alpharetta, GA 30022

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| 8692 River Road, LLC, | Case No. 23-_____ (___) |
| Debtor. | |

**LIST OF EQUITY SECURITY HOLDERS**

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case:

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| Brothers Petroleum, L.L.C. | 3650 Mansell Road Suite 250 Alpharetta, GA 30022 | 100% Membership Interest |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> 8692 River Road, LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 23-_____ (___) |

**CERTIFICATION OF CREDITOR MATRIX**

      Pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, the above captioned debtor and its affiliated debtors in possession (collectively, the "Debtors")[1] hereby certify that the *Creditor Matrix* submitted herewith contains the names and addresses of the Debtors' creditors. To the best of the Debtors' knowledge, the *Creditor Matrix* is complete, correct, and consistent with the Debtors' books and records.

      The information contained herein is based upon a review of the Debtors' books and records as of the petition date. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Creditor Matrix* have been completed. Therefore, the listing does not, and should not, be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtors.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/mountainexpressoil. The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these chapter 11 cases is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.

DOCS_LA:347713.1 58614/001

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **8692 River Road, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration   **Corporate Ownership Statement, List of Equity Holders, Creditor Matrix Certification**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 18, 2023**         X **/s/ Michael Healy**
                                            Signature of individual signing on behalf of debtor

                                            **Michael Healy**
                                            Printed name

                                            **Chief Restructuring Officer**
                                            Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy